Carol G. Unruh
3000 S. Robertson Blvd., Suite 215
Los Angeles, CA 90034
Tel(310) 842-9660, Fax (310) 842-9664
cgunruh@sbcglobal.net

Petitioning Creditor

FILED & ENTERED

MAY 25 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| **In re**<br><br>**STEPHEN MICHAEL HAWRYLACK,**<br><br>**Involuntary/Putative Debtor** | Chapter 7<br>Case No.2:17-bk-13527 VZ<br>[Involuntary Case]<br><br>**ORDER GRANTING IN PART, AND DENYING IN PART, MOTION FOR ORDER DISMISSING INVOLUNTARY PETITION AGAINST STEPHEN MICHAEL HAWRYLACK PURSUANT TO FRCP12(b)(1)AND 12(b)(6), OR FOR ABSTENTION UNDER 11 U.S.C. §305(a) AND FOR MONETARY SANCTIONS PURSUANT TO 11 U.S.C §303(i)**<br><br>Date: May 16, 2017<br>Time: 11:00 A.M.<br>Ctrm: 1368<br>U.S. Bankruptcy Court<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

  On May 16, 2017, a hearing was held on an "Motion For Order Dismissing Involuntary Bankruptcy Petition Against Stephen Michael Hawrylack Under FRCP 12(b)(1) And (12(b)(6), Or For Abstention Under 11 U.S.C. §305(a) And Monetary sanctions Under 11 U.S.C. §303(i). filed by Involuntary Debtor Stephen Michael Hawrylack. Steven M.Mayer, Esq. appeared for Debtor. Petitioning Creditor

carol G. Unruh appeared in pro se. There were no other appearances.

Based on the findings and conclusions stated on the record at the hearing, **IT IS ORDERED**:

1. The motion is **GRANTED in part,** as to the;
   a. Request to Dismiss involuntary petition; and
   b. Request to abstains from exercising jurisdiction under 11 U.S.C. §305(a;
2. The motion is **DENIED in part,** as to the request for Sanctions; and
3. No appearance is required at the Status Conference currently set for May 25, 2017 at 10:00 a.m.

# # #

Date: May 25, 2017

_____
Vincent P. Zurzolo
United States Bankruptcy Judge